IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **JACK GRAY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     vs. ) | CIV 05-01712 PHX MHM MEA |
| ) | |
| **JOSEPH ARPAIO, et al.,** ) | REPORT AND RECOMMENDATION |
| ) | |
|     **Defendants.** ) | |

Plaintiff filed his complaint on June 7, 2005. On August 11, 2005, the Court ordered Plaintiff to complete and return a service packet for Defendants to the Court by August 31, 2005. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 4(b), Federal Rules of Civil Procedure.

Plaintiff was warned that his failure to acquire a waiver of service from Defendants or to complete service of process on Defendants within 60 days of the date the service order was issued, by October 10, 2005, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District Court for the District of Arizona Local Rules of Civil Procedure. The civil docket in this matter indicates that

Plaintiff has failed to acquire a waiver of service from Defendants or to complete service of process on Defendants.

Additionally, it appears from the civil docket in this matter that Plaintiff has been released from custody, and that Plaintiff has not informed the Court of Plaintiff's current address. Plaintiff was warned in the August 11, 2005, order that his failure to notify the Court of a change in address could result in dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

On October 11, 2005, the Court gave Plaintiff until November 18, 2005, to show cause why this case should not be dismissed for Plaintiff's failure to comply with the Court's order of August 11, 2005, and Plaintiff's failure to effect service of process on Defendant as required by the Court's order of August 11, 2005, and Rule 4, Federal Rules of Civil Procedure. Plaintiff has failed to show cause for his failure to abide by the Court's orders and to effect service of process on Defendant.

**THEREFORE**, **IT IS RECOMMENDED that** this case be dismissed for Plaintiff's failure to serve the Defendant in this matter and for Plaintiff's failure to comply with the Court's order of August 11, 2005.

DATED this 21st day of November, 2005.

_____
Mark E. Aspey
United States Magistrate Judge

-2-