IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Gray,               ) | No. CV 05-01712-PHX-MHM |
|                          ) | |
|     Plaintiff,           ) | **ORDER** |
|                          ) | |
| vs.                      ) | |
|                          ) | |
| Joseph Arpaio, et al.,   ) | |
|                          ) | |
|     Defendants.          ) | |
|                          ) | |

  Plaintiff, Jack Gray, filed his Civil Rights Complaint on June 7, 2005. (Dkt.#1). On August 11, 2005, the Court issued a screen order advising Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date." (Dkt.#4). On August 18 and 19, 2005 Plaintiff's copy of the August 11, 2005 orders were returned by the post-office with the notation "Not Deliverable." (Dkt.#5,6). On October 11, 2005, the Magistrate Judge directed Plaintiff to show cause by November 18, 2005 why his case should not be dismissed for Plaintiff's failure to comply with the order of August 11, 2005 and Plaintiff's failure to effect service of process on Defendants. (Dkt.#7). Plaintiff failed to respond.

  The Magistrate Judge filed his Report and Recommendation on November 21, 2005 recommending that Plaintiff's case be dismissed for failure to comply with the Court's Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Plaintiff's failure to effect service of process pursuant to Rule 4, Fed.R.Civ.P. (Dkt.#8).  The Plaintiff did not file any

1  objections to the Report and Recommendation. The Court finds itself in agreement with the
2  Report and Recommendation of the Magistrate Judge.
3      **Accordingly,**
4      **IT IS HEREBY ORDERED** adopting the Report and Recommendation of the
5  Magistrate Judge as the order of this Court. (Dkt.#8).
6      **IT IS FURTHER ORDERED** dismissing this case for Plaintiff's failure to comply
7  with Rules 41(b) and 4 of the Federal Rules of Civil Procedure.
8      **IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment
9  accordingly.
10     DATED this 18th day of July, 2006.

_____
Mary H. Murguia
United States District Judge

- 2 -